**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CARLTON RUSSELL                                                                                              PLAINTIFF
ADC #133867

V.                                        NO: 4:10CV00268 BSM/HDY

MICHAEL SALAS *et al.*                                                                                    DEFENDANTS

## ORDER

Counsel for Defendant Foster Steward has complied with a Court order to provide the last known address of Defendant Michael Salas, and has filed the address under seal (docket entry #17). Accordingly, service will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1. Michael Salas's last known addresses shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Salas, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #1), and this order, on Salas, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

DATED this   14   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE