**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**CARLTON RUSSELL
ADC #133867**                                                                                                          **PLAINTIFF**

**v.**           **CASE NO. 4:10cv00268 BSM/HDY**

**MICHAEL SALAS, et al**                                          **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against Michael Salas are dismissed without prejudice, Sala's name is removed as a party defendant.

IT IS SO ORDERED this 11th day of February, 2011.

                                                                                            UNITED STATES DISTRICT JUDGE