IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARLTON RUSSELL**
**ADC #133867**                                                                                         **PLAINTIFF**

**v.**           **CASE NO. 4:10-cv-00268 BSM/HDY**

**MICHAEL SALAS,** *et al.*                                                                   **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition [Doc. No. 33] submitted by United States Magistrate Judge H. David Young have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with a court order.

2.    All pending motions are DENIED AS MOOT.

1.    An *in forma pauperis* appeal taken from the order and judgment dismissing this action would be considered frivolous and not in good faith.

IT IS SO ORDERED this 11th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE