**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CARLTON RUSSELL**
**ADC #133867**                                                                                      **PLAINTIFF**

**v.**           **Case No. 4:10-cv-00268 BSM/HDY**

**MICHAEL SALAS,** *et al.*                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, this case is DISMISSED, WITHOUT PREJUDICE. An *informa pauperis* appeal from this judgment would be considered frivolous and not in good faith.

IT IS SO ORDERED this 11th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE